1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11   CURTIS CLIFFORD INGRAM,                 Case No. 2:22-cv-03787-DOC-PD
12            Plaintiff
                                             **ORDER ACCEPTING FINDINGS
13       v.                                  AND RECOMMENDATIONS OF
                                             UNITED STATES MAGISTRATE
14   NEIL MCDOWELL, et al.,                  JUDGE**
15            Defendants.
16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and

18   records on file in this case, including the operative Complaint (Dkt. 1), Defendants'

19   Motion to Dismiss (Dkt. 13) ("Motion"), Plaintiff's Opposition (Dkt. 16);

20   Defendants' Reply (Dkt. 18), and the Report and Recommendation of the assigned

21   United States Magistrate Judge (Dkt. 20). No objection has been filed in the time

22   allowed. Having completed its review, the Court accepts the findings and

23   recommendations set forth in the Report and Recommendation.

24          Defendant's Motion to Dismiss is granted on the basis that the Complaint

25   does not adequately allege an Eighth Amendment or due process violation by

26   Defendants, or a First Amendment violation by Sergeant F. J. Aguilar and

27   Correctional Officers V. Ayala-Herrera and A. Murillo.

28          Accordingly, **IT IS ORDERED** that:

1    (1)    The Magistrate Judge's Report and Recommendation is accepted;

2    (2)    Defendants' Motion (Dkt. 13) is GRANTED;

3    (3)    This action is dismissed without prejudice and with leave to amend;

4            and

5    (4)    Plaintiff shall file a first amended complaint within 30 days of the entry

6            of the Court's Order.

7

8    DATE: March 20, 2023

9                                                    _David O. Carter_

10                                                   _____
                                                     DAVID O. CARTER
                                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2