**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS CLIFFORD INGRAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEIL MCDOWELL, WARDEN, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-03787-DOC-PD<br><br>**ORDER ACCEPTING REPORT RE: DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' motion to dismiss Plaintiff's First Amended Complaint, the records on file herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

1
2  IT IS THEREFORE ORDERED that Defendants' motion to dismiss the
3  First Amended Complaint [Dkt. No. 26] is granted, and that judgment be
4  entered dismissing this action with prejudice.
5
6  DATED: January 31, 2024
7
    *David O. Carter* (signature)
8  _____
   HON. DAVID O. CARTER
   UNITED STATES DISTRICT JUDGE