JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLIFFORD INGRAM, | Case No. 2:22-cv-03787-DOC-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NEIL MCDOWELL, WARDEN, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: January 31, 2024

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE